| | |
|---|---|
| 1 | MATTHEW J. KEMNER (State Bar No. 188124) |
| | GARRETT SANDERSON III (State Bar No. 131026) |
| 2 | CARROLL, BURDICK & McDONOUGH LLP |
| | 44 Montgomery Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 989-5900 |
| 4 | Facsimile: (415) 989-0932 |
| | E-mail: mkemner@cbmlaw.com |
| 5 | |
| | Attorneys for Petitioners |
| 6 | BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER |
| | CHEMISCHEN WISSENSCHAFTEN & |
| 7 | BEILSTEIN GmbH |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German Non-Profit Foundation; and BEILSTEIN GmbH, a German Limited Liability Corporation, <br><br>Petitioners, <br><br>v. <br><br>MDL INFORMATION SYSTEMS GmbH, a German Limited Liability Corporation, <br><br>Respondent. | Case No.: C-06-1883 SI <br><br>**STIPULATED WITHDRAWAL OF PETITION FOR ENTRY OF UNITED STATES JUDGMENT BASED UPON JUDGMENT & ARBITRATION AWARD ISSUED BY THE FEDERAL REPUBLIC OF GERMANY AS TO ALLEGED REAL PARTY IN INTEREST MDL, INC. ONLY** <br><br>Date: June 2, 2006 <br>Time: 9:00 a.m. <br>Courtroom: Ten (10) <br><br>Hon. Susan Illston |
| MDL INFORMATION SYSTEMS, INC., a Delaware Corporation, <br><br>Real Party in Interest | |

CBM-SF\SF304147.1

## STIPULATED WITHDRAWAL OF PETITION AS TO MDL, INC. ONLY

By and through their respective counsel of record, petitioners Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH (collectively "Beilstein") on the one hand, and MDL Information Systems, Inc. ("MDL, Inc."), named herein by Beilstein as real party in interest, stipulate and agree as follows:

1. On March 10, 2006, Beilstein filed a Petition for Entry of United States Judgment Based Upon the Judgment and Arbitration Award Issued by the Federal Republic of Germany in this Action, C-06-1883 SI ("Petition").

2. On April 20, 2006, MDL, Inc filed a motion to dismiss the Petition, asserting among other things, that it is not a "necessary" party within the meaning of Fed. R. Civ. P. 19(a). Although Beilstein does not agree as to any other ground asserted in MDL, Inc.'s motion, Beilstein and MDL, Inc. acknowledge and agree that MDL, Inc. is not a "necessary" party to this Action within the meaning of Fed. R. Civ. P. 19(a).

3. As such, Beilstein has agreed to withdraw the Petition as to MDL, Inc. only, without prejudice. The Petition remains pending as to respondent MDL Information Systems GmbH, which does not waive any rights to challenge the Petition on any ground as a result of this stipulation.

Dated: May 3, 2006

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By      /s/ Matthew J. Kemner
         Matthew J. Kemner
         Attorneys for Petitioners
         BEILSTEIN-INSTITUT ZUR FÖRDERUNG
         DER CHEMISCHEN WISSENSCHAFTEN &
         BEILSTEIN GmbH

Dated: May 3, 2006

Respectfully submitted,

BOGATIN, CORMAN & GOLD

By      /s/ Andrew M. Gold
         Andrew M. Gold
         Attorneys for Real Party in Interest
         MDL INFORMATION SYSTEMS, INC.

1  Pursuant to General Order 45, Section X.B., I hereby attest that I have on file the holograph
2  signatures for the conformed signatures indicated above in this e-filed document.

                                                              /s/ Matthew J. Kemner
                                                    _____
                                                              Matthew J. Kemner
                                                           Attorneys for Petitioners
                                                    BEILSTEIN-INSTITUT ZUR FÖRDERUNG
                                                    DER CHEMISCHEN WISSENSCHAFTEN &
                                                             BEILSTEIN GmbH

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

CBM-SF\SF304147.1                           -3-
STIPULATED WITHDRAWAL OF PETITION AS TO MDL, INC. ONLY—CASE NO. C-06-1883 SI