IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, et al., <br><br> Petitioner, <br><br> v. <br><br> MDL INFORMATION SYSTEMS GmbH, <br><br> Respondent. | No. C 06-01883 SI <br><br> **ORDER GRANTING PETITION FOR ENTRY OF UNITED STATES JUDGMENT** |

On June 2, 2006, the Court heard argument on petitioner's petition for entry of United States judgment. Petitioner seeks to have this Court 1) recognize and confirm a German arbitration award under Chapter 2 of the Federal Arbitration Act and the Treaty of Friendship, Commerce, and Navigation Between the United States of America and the Federal Republic of Germany, July 14, 1956, 7 U.S.T. 1839 ("U.S.-German FCN Treaty"), and 2) recognize a judgment issued by the German Higher Regional Court for Frankfurt finding that paragraphs 1 and 4 of the arbitration award are enforceable.

Having considered the arguments of counsel and the papers submitted, and for good cause appearing, the Court hereby GRANTS the petition. Petitioner's request for an injunction is DENIED. *See* Restatement (Third) of Foreign Relations Law § 481, cmt. b ("Judgments granting injunctions, declaring rights or determining status, and judgments arising from attachments of property, are not generally entitled to enforcement, but may be entitled to recognition under this and the following sections."). [Docket No. 1]

**IT IS SO ORDERED.**

Dated: June 9, 2006

SUSAN ILLSTON
United States District Judge